## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-cv-01008-CEJ |
| | ) | |
| TONYA LEVETTE PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT N.M.'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT AND
SUGGESTIONS IN SUPPORT THEREOF**

Defendant N.M. requests an extension of time, to and including August 11, 2015, to Answer or other respond to Plaintiffs' Complaint.

Plaintiff's Complaint consists of 32 pages and alleges four counts against Defendant N.M. The undersigned counsel only met Defendant N.M. for the first time on July 15, 2015 and needs additional time to investigate the facts and research the legal issues. Plaintiff's counsel consents to this extension. This motion is not expected to prejudice any party or unduly delay these proceedings.

Respectfully submitted,

**CHACKES, CARLSON & GOROVSKY LLP**

*/s/Kenneth M. Chackes*
Kenneth M. Chackes, MO27534
Nicole E. Gorovsky, MO51046
906 Olive Street, Suite 200
St. Louis, Missouri  63101
Phone: (314) 872-8420
Fax:    (314) 872-7017
kchackes@cch-law.com
ngorovsky@cch-law.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 20th day of July, 2015, the foregoing Motion was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system, upon the Attorney for Plaintiff, D. John Sauer, and the Attorney for Defendants Porter, Pitterle, and City of St. Louis, J. Brent Dulle.

                                          */s/ Kenneth M. Chackes*