IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:15-cv-01008 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| TONYA LEVETTE PORTER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF LAW FIRM AND RENEWED
ENTRY OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

D. John Sauer and the James Otis Law Group, LLC respectfully provide notice to the Court and all counsel that D. John Sauer, attorney for the Plaintiff Rev. Xiu Hui "Joseph" Jiang, has changed firms to the James Otis Law Group, LLC.  Mr. Sauer's new contact information is:

D. John Sauer
James Otis Law Group, LLC
231 South Bemiston, Suite 800
St. Louis, Missouri  63105
(314) 854-1372
jsauer@jamesotis.com

Mr. Sauer hereby renews his entry of appearance on behalf of the Plaintiff.

WHEREFORE, D. John Sauer and the James Otis Law Group, LLC respectfully provide notice of change of law firm and renew entry of appearance on behalf of Plaintiff Rev. Xiu Hui "Joseph" Jiang.

Dated: August 6, 2015

                              Respectfully Submitted,

                              James Otis Law Group, LLC

                              */s/ D. John Sauer*
                              D. John Sauer, 58721
                              James Otis Law Group, LLC
                              *Formerly of Clark & Sauer, LLC*
                              231 South Bemiston Avenue, Suite 800
                              St. Louis, Missouri  63105
                              Phone:  (314) 854-1372
                              jsauer@jamesotis.com

                              *Attorney for Plaintiff Rev. Xiu Hui "Joseph" Jiang*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's electronic-filing system, on August 6, 2015, to be served by operation of the electronic-filing system on:

J. Brent Dulle
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
DulleB@stlouis-mo.gov
*Attorney for Defendants Porter, Pitterle, and City of St. Louis*

Kenneth M. Chackes
Nicole E. Gorovsky
Chackes, Carlson & Gorovsky
906 Olive Street, Suite 200
St. Louis, Missouri 63101
kchackes@cch-law.com
ngorovsky@cch-law.com
*Attorneys for Defendant N.M.*

Amy Lorenz-Moser
Daniel J. Carpenter
Carpenter Moser, LLC
1716 Hidden Creek Court, Suite 101
St. Louis, Missouri 63131
amy@carpentermoser.com
dan@carpentermoser.com
*Attorneys for Defendants SNAP, Clohessy, and Dorris*

                                                                              */s/ D. John Sauer*