IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) |
| Plaintiff, | ) Case No. 4:15-cv-01008 |
| v. | ) JURY TRIAL DEMANDED |
| TONYA LEVETTE PORTER, ET AL., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The law firm of Clark & Sauer, LLC n/k/a RUNNYMEDE law group respectfully moves the Court to grant leave to withdraw their appearance on behalf of Plaintiff Rev. Xiu Hui "Joseph" Jiang, and to terminate all notices, and in support states as follows:

1. On June 25, 2015, D. John Sauer of Clark & Sauer, LLC filed a Complaint on behalf of Plaintiff Rev. Xiu Hui "Joseph" Jiang.

2. On August 1, 2015, D. John Sauer joined the James Otis Law Group, LLC.

3. Clark & Sauer, LLC n/k/a RUNNYMEDE law group will no longer be representing Rev. Xiu Hui "Joseph" Jiang in this case.

4. D. John Sauer and the James Otis Law Group, LLC will enter their appearance on behalf of, and continue to represent, Plaintiff Rev. Xiu Hui "Joseph" Jiang in this case.

WHEREFORE, the law firm of Clark & Sauer, LLC n/k/a RUNNYMEDE law group respectfully requests that the Court remove Clark & Sauer, LLC n/k/a RUNNYMEDE law group from the Master Notice List and all other notice lists, and grant leave to withdraw their appearance on behalf of Plaintiff Rev. Xiu Hui "Joseph" Jiang.

1122-001/107659

Dated:  August 10, 2015

Respectfully submitted,

James Otis Law Group, LLC

*/s/ D. John Sauer*
D. John Sauer, 58721
James Otis Law Group, LLC
*Formally of Clark & Sauer, LLC*
231 South Bemiston Avenue, Suite 800
St. Louis, Missouri  63105
Phone:  (314) 854-1372
jsauer@jamesotis.com

*Counsel for Plaintiff*

and

Clark & Sauer, LLC n/k/a
RUNNYMEDE law group

*/s/ Stephen Robert Clark*
Stephen Robert Clark, 41417
7733 Forsyth Blvd., Suite 625
St. Louis, Missouri  63105
Phone:  (314) 814-8880
Fax:  (314) 332-2973
sclark@RunnymedeLaw.com

*Withdrawing Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the forgoing was sent electronically via the Court's ECF system this 10th day of August, 2015 to all counsel of record.

*/s/ D. John Sauer*

1122-001/107659