**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REV. XIU HUI "JOSEPH JIANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-cv-01008 CEJ |
| | ) | |
| TONY LEVETTE PORTER, | ) | |
| JAIMIE D. PITTERLE, | ) | |
| CITY OF ST. LOUIS, MISSOURI | ) | |
| A.M., | ) | |
| N.M., | ) | |
| SURVIVORS NETWORK OF THOSE | ) | |
| ABUSED BY PRIESTS, | ) | |
| DAVID CLOHESSY and | ) | |
| BARBARA DORRIS | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT N.M.'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION**

Defendant N.M filed a Motion for Sanctions on September 28, 2015 (Doc 47). On September 30, 2015, Plaintiff filed a Memorandum in response stating that N.M had failed to follow the procedural rules in seeking sanctions against Plaintiff (Doc 49). More specifically, Plaintiff notes that Federal Rule of Civil Procedure 11(c)(2) requires that N.M. serve a copy of any motion for sanctions upon Plaintiff 21 days before filing it with the Court. N.M. agrees that she failed to follow this procedure and therefore withdraws the motion with plans to re-file it in 21 days if the challenged motion is not withdrawn or appropriately corrected.

The withdrawal of this motion will not cause Plaintiff any prejudice and is done to comply with Federal Rules.

Respectfully submitted,

**CHACKES, CARLSON & GOROVSKY, LLP**

*/s /Nicole E. Gorovsky*_____
Kenneth M. Chackes, Bar #27534MO
Nicole E. Gorovsky,   Bar #51046MO
906 Olive Street, Suite 200
St. Louis, Missouri  63101
Phone: (314) 872-8420
Fax:    (314) 872-7017
kchackes@cch-law.com
ngorovosky@cch-law.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on this 1st day of October, 2015, the foregoing Motion to Dismiss was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system, upon all Counsel of Record.

*/s/ Nicole E. Gorovsky*_____