

# CHACKES, CARLSON & GOROVSKY
ATTORNEYS AT LAW

**Nicole E. Gorovsky**
*Partner*

906 Olive Street
Suite 200
St. Louis, Missouri 63101

T 314.872.8420
F 314.872.7017
D 314.880.4469
ngorovsky@cch-law.com

August 12, 2016

Honorable Carol E. Jackson
United States District Court
Eastern District of Missouri
Courtroom 14 North
111 S. Tenth Street
St. Louis, MO 63102

      Re:  Rev. Ixu Hui "Joseph" Jiang v. Porter et a.    Case No. 4:15-CV-1008 CEJ

Dear Judge Jackson:

      Pursuant to your Order of August 10, 2016 we are providing the Court with Defendant N.M.'s last known address and telephone number. Her last known address is 2243 North Village Drive, St. Charles, Missouri 63303 and her telephone number is 314-637-6355.

      Our office sent the Motion to Withdraw and your Order granting the motion to N.M. via electronic mail and we are also sending her copies by U.S. mail. Please contact our office if you have any questions. Thank you.

Sincerely,

*/s/ signature*

Nicole E. Gorovsky
Kenneth M. Chackes

cc: N.M.



**CHACKES, CARLSON & GOROVSKY, LLP**
ATTORNEYS AT LAW

906 Olive Street, Suite 200
St. Louis, Missouri 63101

RECEIVED
AUG 15 2016
BY MAIL



ST LOUIS
MO 630
12 AUG '16
PM 20 L



US POSTAGE
$ 00.47
First-Class
Mailed From 63101
08/12/2016
032A 0061821260

Honorable Carol E. Jackson
United States District Court
Eastern District of Missouri
Courtroom 14 North
111 S. Tenth Street
St. Louis, MO 63102

63102-112325