**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-cv-01008 CAJ |
| | ) | |
| TONY LEVETTE PORTER, et al | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEAERANCE

COMES NOW Brian J. Klopfenstein, and hereby enters his appearance for  JANE DOE

N.M. in the above-cited case.


Respectfully Submitted:

LAW OFFICES OF BRIAN J. KLOPFENSTEIN

/s/ *Brian J. Klopfenstein*
Brian J. Klopfenstein, MO # 33722
305 Platte Clay Way, Suite C
Kearney, MO. 64060
(816)628-2800
(816)628-2802 (FAX)
E-Mail:  bjkattorney@fairpoint.net
ATTORNEY FOR DEFENDANT JANE DOE
N.M.


Certificate of Service

I hereby certify that a copy of the above and foregoing was electronically filed this 15th
day of August, 2016 and a copy was electronically provided to all attorneys of record

*/s/ Brian J. Klopfenstein*
Attorney for Defendant Jane Doe, N.M.