UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15-CV-1008 (CEJ) |
| TONYA LEVETTE PORTER, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the motion of proposed intervenors Jane Doe, Paula Poe, and Richard Roe for additional time either to file a reply or to withdraw their emergency motion [Doc. # 163] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2016.