UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. XIU HUI "JOSEPH" JIANG, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15-CV-1008 (CEJ) |
| ) | |
| TONYA LEVETTE PORTER, et al., ) | |
| ) | |
|     Defendants. ) | |

### ORDER

Because counsel has not complied with Local Rule 12.01(F) governing admission *pro hac vice*,

**IT IS HEREBY ORDERED** that attorney Brian J. Klopfenstein is denied admission to the bar of this Court and will not be permitted to file documents in this case.

**IT IS FURTHER ORDERED** that the entry of appearance submitted by Brian J. Klopfenstein [Doc. # 160] is **stricken**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2016.