IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. XIU HUI "JOSEPH" JIANG, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:15-cv-01008 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| TONYA LEVETTE PORTER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW OF PLAINTIFF'S COUNSEL
D. JOHN SAUER AND MICHAEL C. MARTINICH-SAUTER**

The undersigned counsel for Plaintiff, D. John Sauer and Michael C. Martinich-Sauter, respectfully request leave of this Court to withdraw as counsel for the Plaintiff in this case. Both Mr. Sauer and Mr. Martinich-Sauter have agreed to take positions in the Office of the Attorney General of Missouri, so they are leaving private practice and transferring their matters to other counsel. Attorney Mr. Neil Bruntrager of Bruntrager & Billings, P.C., has agreed to represent the Plaintiff in this matter and will be entering his appearance on behalf of the Plaintiff. Because new counsel will need significant time to get up to speed on the factual complexity and complicated procedural history of this case, Plaintiff is separately filing a motion to extend each of the deadlines in the Court's Scheduling Order, Doc. 187, by approximately four months, with the consent of all Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court grant D. John Sauer and Michael C. Martinich-Sauter leave to withdraw as counsel for Plaintiff, and grant such other and further relief as the Court deems just and proper.

1

Dated: January 9, 2017

                                          Respectfully Submitted,

                                          James Otis Law Group, LLC

                                          */s/ D. John Sauer*  
                                          D. John Sauer, 58721MO  
                                          Michael Martinich-Sauter, 66065MO  
                                          12977 North Forty Drive  
                                          St. Louis, Missouri 63141  
                                          Telephone: (314) 682-6067  
                                          jsauer@jamesotis.com  
                                          *Attorneys for Plaintiff Rev. Xiu Hui "Joseph" Jiang*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's electronic-filing system, on January 9, 2017, on:

J. Brent Dulle
Associate City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
DulleB@stlouis-mo.gov
*Attorneys for Defendants Porter, Pitterle, and City of St. Louis*

Brian J. Klopfenstein
215 S. Platte Clay Way, Suite B
Kearney, Missouri 64060
bjkattorney@fairpoint.net
*Attorney for Defendant N.M.*

Amy Lorenz-Moser
Daniel J. Carpenter
Carpenter Moser, LLC
1716 Hidden Creek Court, Suite 101
St. Louis, Missouri 63131
amy@carpentermoser.com
dan@carpentermoser.com
*Attorneys for Defendants SNAP, Clohessy, and Dorris*

                                                                            */s/ D. John Sauer*