UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. 4:15-CV-1008 (CEJ) |
| TONYA PORTER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel [Doc. #200] discovery directed to defendants Tonya Levette Porter and Jaimie Pitterle. Because the defendants state that they have now complied with plaintiff's discovery requests,

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [Doc. #200] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of April, 2017.