IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No.: 4:15-CV-01008 |
| TONYA LEAVETTE PORTER, ET AL. | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Comes now the Plaintiff, Rev. Xiu Hui "Joseph" Jiang, by and through undersigned Counsel, and hereby files his Notice of Settlement as to its claims against Defendants Survivor's Network of Those Abused by Priests, Inc., hereinafter known and referred to as "SNAP", David Clohessy, and Barbara Dorris. Further, the Plaintiff files a Notice of Settlement as to Defendant N.M., a pseudonym. As to the SNAP Defendants, the Plaintiff and Defendants are currently exchanging settlement documents and states that stipulation for dismissal as to these Defendants shall be filed no later than October 23, 2017.

As to Defendant N.M., the parties have reached an agreement in principle. They are currently exchanging documents for signature. The Plaintiff requests until October 23, 2017 in order to file a stipulation for dismissal.

BRUNTRAGER & BILLINGS, P.C.

 /s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
646-0066 Fax 646-0065
Email: njbattty@aol.com

ATTORNEY FOR PLAINTIFF
XIU HUI "JOSEPH" JIANG

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of October, 2017, the foregoing **Notice of Settlement** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                                               /s/ Neil J. Bruntrager_____