# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| REV. XIU HUI "JOSEPH" JIANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1008 CAS |
| | ) | |
| TONYA LEVETTE PORTER, JAIMIE D. PORTER, CITY OF SAINT LOUIS, JUVENILE MALE, N.M., SURVIVORS NETWORK OF THOSE ABUSED BY PRIESTS, INC., DAVID CLOHESSY, BARBARA DORRIS, A.M., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED,** without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   21st   day of November, 2017.